[No. 10094–4–III.   Division Three.   May 15, 1990.]

SYNAPTEK, *Appellant*, v. BERNARD STREHLER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–02833–2, Thomas E. Merryman, J., entered June 19, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9984–9–III.   Division Three.   May 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DIONICIO
VILLANUEVA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 88–1–00101–4, Philip W. Borst, J., entered April 10, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.